IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KEVIN DEWAYNE KULP                                                                             PLAINTIFF

   v.   Civil No. 2:11-cv-02207-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                 DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 10th day of January 2013.

        /s/ *J. Marschewski*
        HONORABLE JAMES R. MARSCHEWSKI
        CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)